**Clyde BOONE, Appellant,**

v.

**Jon JUENGER, Mower County Sheriff's Deputy; Mower County, Minnesota, Appellees.**

No. 06–3690.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 13, 2007.

Filed: Dec. 18, 2007.

Clyde Boone, Racine, MN, pro se.

Jon Kermit Iverson, Jason Michael Hiveley, Iverson & Reuvers, Bloomington, MN, for Appellees.

Before BYE, RILEY, and MELLOY, Circuit Judges.

souri.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Mis-

PER CURIAM.

Clyde Boone appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 lawsuit. Having carefully considered Boone's arguments and conducted de novo review of the record, *see Williams v. City of Carl Junction, Mo.,* 480 F.3d 871, 873 (8th Cir.2007), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Missouri.